EPSTEIN, Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Max Epstein against James W. Murphy. No opinion. Judgment of the Municipal Court affirmed, with costs.

EUREKA CEMENT CO. v. BONACCI. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by the Eureka Cement Company (George W. Broadhurst, assignee) against Dominick Bonacci. No opinion. Order affirmed, with $10 costs and disbursements.

EVERITT, Respondent, v. MIZPAH LODGE, NO. 518, I. O. O. F. OF STATE OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Charles H. Everitt against the Mizpah Lodge, No. 518, Independent Order of Odd Fellows of the State of New York. No opinion. Judgment and order affirmed, with costs.

FARRELL, Respondent, v. TOWN OF NORTH SALEM et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Mary T. Farrell against the Town of North Salem and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 123 N. Y. Supp. 496.

FISHER, Appellant, v. ERB et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Leonard Fisher against Henry Erb, as executor, etc., and others. No opinion. Appeal dismissed, with costs.

FITZGERALD, Respondent, v. NEWTON FALLS PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Thomas E. Fitzgerald against the Newton Falls Paper Company.
PER CURIAM. Judgment and order affirmed, with costs.
SMITH, P. J., dissents.

FLANAGAN, Respondent, v. AUBURN & S. ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Mary T. Flanagan against the Auburn & Syracuse Electric Railroad Company. No opinion. Appeal dismissed, without costs, on stipulation filed.

FLANAGAN, Respondent, v. INTERNATIONAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Minnie Flanagan against the International Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 123 N. Y. Supp. 1116.

FLEMING, Appellant, v. FIELD, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by John H. Fleming against William D. C. Field. No opinion. Order affirmed, with $10 costs and disbursements.

FLINT, Respondent, v. LEONARD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Albert H. Flint against Bowers H. Leonard, impleaded with others. No opinion. Judgment affirmed, with costs.

FOERSTER, Appellant, v. EILERS, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Francis Foerster against Anton Eilers. No opinion. Judgment affirmed, with costs, on the opinion of Mr. Justice Carr at Special Term. 60 Misc. Rep. 453, 113 N. Y. Supp. 480.

In re FOWLER. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the application of Clarence C. Fowler for admission to the bar. No opinion. Application granted.

FOX, Respondent, v. MILLARD CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by William J. Fox against the Millard Construction Company. No opinion. Motion for reargument denied, with $10 costs. See, also, 123 N. Y. Supp. 1116.

FRANK v. FIRESTONE. (Supreme Court, Appellate Division, Second Department July 29, 1910.) Action by Seaman Frank against Adolph Firestone. No opinion. Motion granted, without costs. See, also, 132 App. Div. 932, 116 N. Y. Supp. 700.

FUNDY CO. v. FAIN et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by the Fundy Company against Edmund Fain and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
BURR, J., taking no part.

F. W. CARLIN CONST. CO., Respondent, v. NEW YORK & BROOKLYN BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by F. W. Carlin Construction Company against the New York & Brooklyn Brewing Company. No opinion. Judgment affirmed, with costs.

In re GANNETT et al. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) In the matter of the application of Arthur C. Gannett and another for an or-